C. A. No. 78-400. STATE *v.* JANET WALSH *et al.* The motion of James Cardono to withdraw as counsel for the defendant is denied. His motion to prosecute this appeal as appointed counsel for an indigent defendant is granted.

Counsel for the defendant and the state are directed to inquire into the whereabouts of defendant Janet Walsh, with the assistance of defendant's surety if necessary, and to promptly report the results of their inquiry to this court. *Dennis J. Roberts II*, Attorney General, for plaintiff, *James Cardono*, for defendant Janet Walsh.

C. A. No. 80-3. STATE *v.* DAVID COLLINS *et al.* On motion of counsel, John L. Cosentino is appointed to represent defendant James Foreman and Gerard DeCelles is appointed to represent defendant Darryl Amado in the prosecution of their appeal. *Dennis J. Roberts II*, Attorney General, *Stephen R. Famiglietti*, Special Assistant Attorney General, for plaintiff, *John L. Cosentino, Gerard McG. DeCelles, Alton W. Wiley*, for defendants.

Appeal No. 78-314. BARBARA ROGERS *v.* ROBERT W. AND MARY E. LAVALLEY. This case comes before the court on an order to show cause why the appeal should not be dismissed.

After hearing arguments of counsel on March 4, 1980, we are of the opinion that cause was not shown. Therefore, the appeal of the plaintiff is hereby dismissed. *Resmini, Fornaro, Colagiovanni & Angell, Ronald J. Resmini*, for plaintiff, *Taft, McSally & McKenna, James J. McKenna*, for defendants.